# KAUFMAN SEMERARO & LEIBMAN LLP

*Attorneys-At-Law*

Paul C. Kaufman
Mark J. Semeraro[†]
Marc E. Leibman[†]
Deena B. Rosendahl[†]

Jaime R. Placek[‡*]
Justin D. Santagata[†*]
Bryan P. Regan[†§]
Scott Fahrney
Danielle Lamake[†]
Joseph E. Bock, Jr.[*]

*Of Counsel*
David R. Gelbert

[†] Licensed in NY
[‡] Licensed in NE
[§] Licensed in CA
[*] Licensed in PA
[●] LL.M, Advocacy and Dispute Resolution

Fort Lee Executive Park
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024

phone 201.947.8855
fax 201.947.2402

www.NorthJerseyAttorneys.com

90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054

phone 973.585.6254
fax 862.701.5366

Woolworth Building
233 Broadway, Suite 2370
New York, New York 10279

phone 212.987.4000

*Reply to:*
Fort Lee, New Jersey

jsantagata@northjerseyattorneys.com

December 12, 2018

**VIA ECF**
Judge Denis R. Hurley, U.S.D.J.
100 Federal Plaza
Central Islip, NY 11722

Re:   **Lisa Griffin, Tiffany Burton, Roselle Able, Karen Renard v. PSEG Long Island LLC**, 18-cv-3046(ADS)(GRB)

Dear Judge Hurley:

We represent Plaintiffs in the above case. Per the Court's docket order, we will be submitting the settlement in the above case, along with a letter outlining why the settlement is fair and reasonable for Plaintiffs, which will hopefully be self-evident. We are in the process of preparing our letter with the requisite information and expect to file it in the coming days. Thank you.

Respectfully,

JUSTIN D. SANTAGATA, ESQ.

JDS/bar
cc:   Sean Lynch, Esq. (via ECF)
      Clients (via email)